```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO** Dated: October 08, 2009
P.A.



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**                    _____
**TELEPHONE: (602) 255-6000**                        SARAH S. CURLEY
**FACSIMILE: (602) 255-0192**                       U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-07455/655435195

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-01046-SSC |
| Rosie Flores, | Chapter 7 |
|      Debtors. | ORDER |
| CitiMortgage, Inc. | |
|      Movant, | (Related to Docket #33) |
|     vs. | |
| Rosie Flores, , Debtor, Lothar Goernitz, Trustee. | |
|      Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 15, 2007 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Rosie Flores, Rosie Flores have an interest in, further described as:

> THE SOUTHWEST UNIT OF BUILDING 5, BRIDGEWOOD NINE 30, ACCORDING TO DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 9405, PAGE 162, AND RE·RECORDED IN DOCKET 9534, PAGE 86. AND PLAT RECORDED IN BOOK 148, PAGE 24 OF MAPS AND PLATS. MARICOPA COUNTY, ARIZONA;
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID
> DECLARATION AND PLAT;
> EXCEPT AN UNDIVIDED 1/2 INTEREST IN AND TO ALL MINERALS.MINERAL RIGHTS, OIL, GAS IN AND
> UNDER THE LAND, AS RESERVED IN DEED RECORDED IN DOCKET 821, PAGE 141, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT